arguments of the parties, as well as the legal files, and have found no clear error on the part of the trial court. As we further find that no jurisprudential purpose would be served by a written opinion, we affirm the trial court's grant of summary judgment pursuant to Rule 84.16(b). A memorandum has been provided to the parties, solely for their own information, explaining the reasons for our decision.

ings of fact and conclusions of law of the motion court are not clearly erroneous. As we further find that no precedential value would be served by a full opinion, we affirm pursuant to Rule 84.16(b). A memorandum, solely for the use of the parties involved, has been provided explaining the reasons for our holding.

**Dwayne EMBRY, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 60969.

Missouri Court of Appeals,
Eastern District,
Division One.

June 30, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Aug. 5, 1992.

Application to Transfer Denied
Sept. 22, 1992.

David C. Hemingway, St. Louis, for appellant.

William L. Webster, Atty. Gen., Hugh L. Marshall, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant, Dwayne Embry, appeals from an order of the Circuit Court of the City of St. Louis denying his Rule 24.035 motion without an evidentiary hearing. We affirm.

We have reviewed the legal file and briefs of the parties and find that the find-

**Roberta Ann SHAW, Respondent,**

v.

**David Alexander SHAW, Appellant.**

No. 60350.

Missouri Court of Appeals,
Eastern District,
Division One.

June 30, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Aug. 5, 1992.

Application to Transfer Denied
Sept. 22, 1992.

Michael A. Gross, St. Louis, for appellant.

Deborah Benoit, St. Louis, for respondent.

ORDER

PER CURIAM.

Appellant, David Alexander Shaw, appeals from the May 7, 1991, order of the Circuit Court of St. Louis County dissolving his marriage to respondent, Roberta Ann Shaw, ordering maintenance and distributing marital property. We affirm.

The order of the trial court is supported by substantial evidence and is not against the weight of the evidence. In addition, no error of law appears. As we find an opin-